**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| CLEVELAND R. DUNCAN, IV, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:20-CV-00436-RWS |
| v. | § § § | |
| DIRECTOR, TDCJ-CID, | § § | |
| Defendant. | § § | |

| | | |
|---|---|---|
| CLEVELAND R. DUNCAN, IV, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:20-CV-00525-RWS |
| v. | § § § | |
| DIRECTOR, TDCJ-CID, | § § § | |
| Defendant. | § § | |

## ORDER

Cleveland R. Duncan, IV petitioned for writ of habeas corpus under 28 U.S.C. § 2254 in two separate cases. The undersigned referred the petitions to Magistrate Judge Kimberly C. Priest Johnson, who recommends the petitions be dismissed as time-barred. Petitioner did not object, but he filed a "Recommendation Letter" (Docket No. 8) in which he states he understands the concept of untimeliness and will not "argue the dispute at hand." Thus, the Court **ADOPTS** the Magistrate Judge's recommendation. It is therefore

**ORDERED** the petitions for writ of habeas corpus in both cases are **DENIED**. No certificate of appealability shall issue; all relief not previously granted is **DENIED-AS-MOOT.**

**So ORDERED and SIGNED this 20th day of August, 2020.**

                                                                                      *Robert W Schroeder III*
                                                                                      ROBERT W. SCHROEDER III
                                                                                      UNITED STATES DISTRICT JUDGE